COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          Brady Craig Koch, Jr. v. The State of Texas

Appellate case number:        01-14-00248-CR

Trial court case number:      1861254

Trial court:                  County Criminal Court at Law No. 5 of Harris County

This case involves an appeal of the jury's verdict finding appellant guilty of the class A misdemeanor of DWI 2nd offender BAC 0.08, and the trial court's on February 5, 2014 judgment sentencing appellant to one year in county jail, but suspending the sentence and placing him on community supervision for two years. *See* TEX. PENAL CODE ANN. §§ 49.04(a), 49.09 (West 2011). Appellant filed his notice of appeal on March 5, 2014. *See* TEX. R. APP. P. 26.2(a)(1). The record was due on April 7, 2014. *See* TEX. R. APP. P. 4.1(a), 35.2(a). The clerk's record was filed on April 2, 2014. The reporter's record has not been filed.

On April 24, 2014, the Clerk of this Court notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not paid or made arrangements to pay for the reporter's record and that our records indicated that appellant was not appealing as an indigent. The Clerk further notified appellant that unless he provided proof of payment for the reporter's record, proof of having made payment arrangements for the reporter's record, or a response showing that he was exempt from payment by May 24, 2014, the Court might consider and decide only those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant has not provided the Court with evidence showing that he has paid for the reporter's record, that he has made arrangements to pay, or that he is exempt from payment. Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id.*

Appellant's brief is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 2, 38.6(a). Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                                     ☒ Acting individually    ☐ Acting for the Court

Date: September 25, 2014